VIRGINIA STUART MACKAY-SMITH et al., as Trustees under the Will of ELLEN E. WARD, Deceased, Appellants, *v.* ALEXANDER CRAWFORD et al., Respondents.

*Mackay-Smith* v. *Crawford*, 56 App. Div. 136, affirmed.
(Argued May 15, 1902; decided May 29, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Henry de Forest Baldwin* for appellants.

*William E. Cook* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

WILLIAM W. CONDE, Respondent, *v.* HARRIET B. LEE, Appellant.

*Conde* v. *Lee*, 55 App. Div. 401, affirmed.
(Argued May 16, 1902; decided May 29, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Charles S. Kent* for appellant.

*Frank Hopkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.